Lindsay G. Leavitt – 029110
Lleavitt@jsslaw.com
JENNINGS, STROUSS & SALMON, P.L.C.
A Professional Limited Liability Company
One East Washington Street
Suite 1900
Phoenix, Arizona 85004-2554
Telephone: (602) 262-5911

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum, | No. 2:18-cv-00452-JJT |
| Plaintiff, | **NOTICE OF SERVICE OF DEFENDANT'S OFFER OF JUDGMENT** |
| vs. | |
| Tempe Hospitality Ventures, LLC, | |
| Defendant. | |

Defendant, Tempe Hospitality Ventures, LLC hereby provides notice that on April 25th, 2018, it electronically served its Offer of Judgment upon all counsel listed in the attached mailing certificate.

RESPECTFULLY SUBMITTED this 25th day of April, 2018.

**JENNINGS, STROUSS & SALMON, P.L.C.**

By: s/ Lindsay G. Leavitt
Lindsay G. Leavitt
One East Washington Street, Suite 1900
Phoenix, AZ  85004-2554
*Defendant*

6058012v1(67382.1)

1

**<u>CERTIFICATE OF SERVICE</u>**

2  ☒  I hereby certify that on April 25, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing

3  and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

4  Peter Strojnik
ADA@strojnik.com

5  STROJNIK, P.C.
2375 East Camelback Road, Ste. 600

6  Phoenix, AZ 85016

7  ☐  I hereby certify that on April 25, 2018, I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:

8  s/  Tana Davis-Digeno

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6058012v1(67382.1)