Peter Strojnik, State Bar No. 6464
**STROJNIK P.C.**
2375 East Camelback Road Suite 600
Phoenix, Arizona 85016
Telephone: (602) 524-6602
ADA@strojnik.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum,<br><br>Plaintiff,<br><br>vs.<br><br>Tempe Hospitality Ventures LLC,<br><br>Defendant. | Case No: 2:18-cv-00452-JJT<br><br>**Notice of Acceptance of Offer of Judgment** |

Please take notice that Plaintiff accepts the offer of judgment appended hereto as Exhibit 1.

RESPECTFULLY SUBMITTED this 30th day of April, 2018.

**STROJNIK, P.C.**

_/s/ Peter Strojnik_
Peter Strojnik, 6464
Attorneys for Plaintiff