# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Fernando Gastelum,

    Plaintiff,

v.

Tempe Hospitality Ventures LLC,

    Defendant.

NO. CV-18-00452-PHX-JJT

**JUDGMENT IN A CIVIL CASE**

Pursuant to Plaintiff having accepted Defendant's offer of judgment, judgment is hereby entered against Defendant Tempe Hospitality Ventures LLC as follows:

ACCESSIBLE PUBLIC SPACES

- Public entrance
- Service animals welcome
- Accessible route from public entrance to registration
- Accessible route from public entrance to guest rooms
- Accessible route from public entrance to restaurant
- Accessible route from public entrance to meeting room/ballroom
- Accessible route from public entrance to fitness center
- Accessible route from public entrance to swimming pool
- Accessible route from public entrance to business center Registration desk
- Restaurant
- Self-parking area for cars
- Self-parking area for vans
- Fitness center
- Swimming pool
- Business center

ACCESSIBLE GUEST ROOMS

    Bathtubs with grab bars
    Visual fire alarm
    Telephone notification device
    Mobility-accessible doors with at least 32 inches of clear door width
    Portable tub seats
    TTY (Text Telephone Device)
    Televisions with closed captioning for the hearing impaired

Defendant will (within 60 days) communicate the above referenced accessible features to all third party booking agents who facilitate online or telephonic reservations for Defendant's hotel.

Defendant will (within 60 days) modify its policies, practices and procedures to ensure that individuals who require mobility and/or ambulatory assistance can make reservations for accessible guest rooms during the same hours and in the same manner as individuals who do not require mobility and/or ambulatory assistance.

Defendant shall (within 90 days) identify mobility accessibility features at its hotel that do not comply with the 2010 Standards of Accessibility Design and shall, within 12 months, remove barriers to mobility accessibility to the extent that such removal is readily achievable.

This action is hereby terminated.

                                              Brian D. Karth
                                              District Court Executive/Clerk of Court

May 1, 2018

                                              s/ Sara L. Quinones
                                  By   Deputy Clerk