# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum, | No. CV-18-00452-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Tempe Hospitality Ventures LLC, | |
| Defendant. | |

Pursuant to the Notice of Acceptance with Offer of Judgment (Doc. 14) and the subsequent Clerk's Judgment (Doc. 15),

IT IS HEREBY ORDERED vacating the Rule 16 Scheduling Conference set for 1:30 p.m. on May 7, 2018.

Dated this 1st day of May, 2018.

Honorable John J. Tuchi
United States District Judge