# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum, | No. CV-18-00452-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Tempe Hospitality Ventures LLC, | |
| Defendant. | |

At issue is Plaintiff's Motion to Stay (Doc. 23), in which Plaintiff asks the Court to stay this matter because his counsel's license to practice law has been suspended. The Court already stayed this matter by prior Order (Doc. 22) and will thus deny as moot Plaintiff's present request to stay, with leave to refile if necessary when the prior stay is lifted.

IT IS HEREBY ORDERED denying as moot Plaintiff's Motion to Stay (Doc. 23).

Dated this 31st day of August, 2018.

Honorable John J. Tuchi
United States District Judge