IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Tempe Hospitality Ventures LLC,<br><br>　　　　　Defendant. | No. CV-18-00452-PHX-JJT<br><br>**ORDER** |

　　　　The Court previously stayed this matter and all other matters filed by Plaintiff pending the Ninth Circuit's resolution of Plaintiff's appeal in *Gastelum v. Canyon Hospitality LLC,* No. 18-16032 (9th Cir. filed June 5, 2018). (Doc. 22.) The Ninth Circuit dismissed that appeal on September 14, 2018. The Court will therefore lift the stay in this matter, as well as in the remaining separate matters Plaintiff has brought before it, the others to be addressed by separate respective Orders.

　　　　Because the Court already entered judgment in this matter (Doc. 15) and no motions are pending, the matter remains closed.

　　　　IT IS THEREFORE ORDERED lifting the stay in this matter. The matter remains closed.

　　　　Dated this 28th day of November, 2018.

　　　　　　　　　　　　　　　　　　　　　　Honorable John J. Tuchi
　　　　　　　　　　　　　　　　　　　　　　United States District Judge